**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-cr-79 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| DARRYL DAVENPORT, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

This matter is before the Court on Defendant's Motion to Amend Bond Conditions (Doc. #46). Defendant's Motion was referred to the undersigned by District Judge Newman for consideration and ruling. (Doc. #47).

On May 19, 2026, the undersigned held a teleconference regarding Defendant's Motion. Charles W. Slicer, III, appeared on behalf of Defendant, and Assistant United States Attorney George R. Painter, IV, appeared for the Government. Pretrial Services Officer Joshua Bohman also participated.

In his Motion, Defendant asks the Court "modify the conditions of Defendant's bond from 24 hour house arrest to a curfew …." (Doc. #46, *PageID* #98). Defendant asserts that he "has been on strict house arrest and he would like to be able to get out and visit with family and friends." *Id.* In addition, Defendant requests permission to attend two graduations for family members on May 19, 2026, and May 20, 2026. *Id.* During the teleconference, Mr. Painter indicated that the Government opposes Defendant's Motion.

Given the serious nature of the felony charges pending against Defendant and the Government's concern over modifying Defendant's bond—and, although the Court commends Defendant for doing well while on home detention—his motion (Doc. #46) is **DENIED**.

**IT IS SO ORDERED.**

May 20, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge